UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA G. BRATTON, et al., <br> Plaintiffs, <br> v. <br> FCA US LLC, <br> Defendant. | Case No. 17-cv-01458-JSW <br><br> **ORDER TO SHOW CAUSE** |

This matter was scheduled for an initial case management conference on June 16, 2017. The order setting the case management conference stated: "The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates." (Dkt. No. 13; *see also* N.D. Cal. Civil L.R. 16-10(a) ("Unless excused by the Judge, lead trial counsel for each party must attend the initial Case Management Conference.").)

Defendant FCA US LLC currently has five attorneys of record in this case. One of these attorneys, Scott S. Shepardson, Esq., is listed on the docket as lead counsel for Defendant FCA US LLC. Kristi S. Shepardson, Esq.,[1] who is not listed as an attorney of record, signed the joint case management statement as counsel for Defendant FCA US LLC. However, neither of these attorneys appeared at the initial case management conference. Instead, Foram Dave, Esq., who is

---

[1] In addition to Ms. Shepardson not appearing as an attorney of record in this case, the Court notes that there is no Kristi S. Shepardson listed as an attorney on the website of the law firm Nixon Peabody LLC. There is, however, a Kristi J. Livedalen, Esq. listed on both the docket and in the joint case management statement. If the electronic signature of Kristi S. Shepardson on the joint case management is a typographical error, this order to show cause is directed to both Mr. Shepardson and the attorney who signed the joint case management statement on behalf of Defendant FCA US LLC.

also not listed as an attorney of record, appeared for Defendant FCA US LLC.  Accordingly Mr. Shepardson and Ms. Shepardson are HEREBY ORDERED TO SHOW CAUSE regarding which of them is lead trial counsel for Plaintiff and why the Court should not impose sanctions in the amount of $250.00 against lead trial counsel for his or her failure to appear and for his or her failure to comply with the order scheduling the case management conference and Civil Local Rule 16-10(a).

Additionally, neither Mr. Shepardson nor any other attorney has filed a notice of appearance as lead counsel for Defendant FCA US LLC.  Lead trial counsel shall file a notice of appearance as lead counsel.  Any other attorney of record shall, if he or she has not already done so, file an appropriate notice of appearance.

Counsels' response to this Order to Show Cause shall be due by June 23, 2017.

**IT IS SO ORDERED.**

Dated: June 16, 2017

_____
JEFFREY S. WHITE
United States District Judge