UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALENZUELA DE LEON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | Case No. 17-cv-01541-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 32 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jeffrey S. White for consideration of whether the case is related to *Bratton v. FCA US LLC*, 17-cv-01458 JSW. Pursuant to this Court's Order, defendant FCA US LLC identified four additional cases that it contends are also related under Civil Local Rule 3-12(c), as all involve allegations related to the Totally Integrated Power Module ("TIPM"): *Galen Base v. FCA US LLC*, Northern District Case No. 3:17-cv-01532-VC; *Kristi O'Brien and John O'Brien v. FCA US LLC*, Northern District Case No. 5:17-cv-04042-LHK; *Jesus Boyzo and Maria Boyzo v. FCA US LLC*, Northern District Case No. 5:17-cv-04154-LHK; *Rachelle Perez v. FCA US LLC*, Northern District Case No. 5:17-cv-04294-LHK.

**IT IS SO ORDERED.**

Dated: October 17, 2017

WILLIAM H. ORRICK
United States District Judge