UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA G. BRATTON, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>FCA US LLC,<br>　　　　　Defendant. | Case No. 17-cv-01458-JSW<br><br>**ORDER IMPOSING SANCTIONS AND FURTHER ORDER TO SHOW CAUSE** |

On November 6, 2017, the Court issued an order granting the parties' joint motion to extend the deadline for completing a settlement conference. This order, however, also required counsel to show cause why they should not each be sanctioned in the amount of $250.00 due to their failure to follow this Court's scheduling order. (Dkt. No. 50, at 2.) Counsel were ordered to file their responses to the order to show cause by Monday, November 13, 2017.

Counsel failed to respond to the order to show cause. Accordingly, the Court sanctions Mr. Steve Mikhov, Esq. and Mr. Scott S. Shepardson, Esq. $250.00 each due to their failure to comply with the Court's scheduling order. Counsel shall pay these sanctions no later than Monday, November 27, 2017, and shall not pass on the cost of these sanctions to their respective clients.

In addition, Mr. Mikhov and Mr. Shepardson are further ORDERED to show cause why they should not each be sanctioned an additional $250.00 each due to their failure to respond to the Court's order to show cause. Counsel shall file their responses to this order to show cause by November 21, 2017. Counsel are further warned that failure to follow the Court's orders in the

//

//

future may lead to the Court referring counsel to the Court's Standing Committee on Professional Conduct.

**IT IS SO ORDERED.**

Dated: November 14, 2017

_____
JEFFREY S. WHITE
United States District Judge

cc: USDC Finance Office